UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

_____
                                                                :
Trey Smith-Journigan and Paul E. Williams, :
both individually and on behalf of a class of :
others similarly situated,                           :
                                                                :
                Plaintiffs,                      :
                                                                :
       v.                                                  :    No. 2:18-CV-328
                                                                :
Franklin County, Ohio,                              :
                                                                :
                Defendant.                    :
_____:

**AFFIRMATION OF COUNSEL IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

**Elmer Robert Keach, III, Esquire,** an attorney duly licensed to practice law before the Courts of the State of New York, and admitted *pro hac vice* before this Honorable Court, hereby affirms as follows under penalty of perjury:

    1.    I am, together with co-counsel, the attorney for the proposed class in this action.  I provide this affirmation in support of the Plaintiff's Motion for Class Certification.  Plaintiff Trey Smith-Journigan maintains that this action should be certified as a class action, as it seeks to address the Defendant's illegal policies in refusing to allow detainees, who are presumptively entitled to bond under Ohio law, to post bail in any prompt and/or meaningful way.  The Plaintiff also seeks to address the wisdom of Franklin County conducting blanket strip searches on detainees who are eligible to post bail when those detainees can easily be held in the jail booking area while they are given an opportunity to post bail.

    2.    In support of this motion, the Plaintiff relies on the following exhibits:

1

| | |
|---|---|
| Exhibit One | Franklin Municipal Court Bail Schedule |
| Exhibit Two | Franklin County Sheriff's Office Strip Search Procedures Policy |
| Exhibit Three | Franklin County 2012 Annual Report |
| Exhibit Four | Smith-Journigan Detainee Information Sheet |
| Exhibit Five | Smith-Journigan Bail Sheet |
| Exhibit Six | Smith-Journigan Arrest Information |
| Exhibit Seven | Jail Commitment Entries, Second Shift, August 20, 2017 |
| Exhibit Eight | Memorandum Regarding Bond at Intake |
| Exhibit Nine | Keach Law Firm Resume |
| Exhibit Ten | Migliaccio Rathod Firm Resume |
| Exhibit Eleven | Baker Law Group Firm Resume |
| Exhibit Twelve | Robert Peirce & Associate Firm Resume |
| Exhibit Thirteen | Smith-Journigan Property Form |
| Exhibit Fourteen | Video of Site Inspection (Physical Exhibit, To Be Submitted) |

3. For these reasons, the Plaintiff respectfully requests that the Court certify this action as a class action.

Respectfully Submitted and Affirmed By:

/s Elmer Robert Keach, III

Dated: September 6, 2019

_____

Elmer Robert Keach, III, Esquire