## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Trey Smith-Journigan,** *et al.*,

    **Plaintiffs,**

    v.

**Franklin County, Ohio,**

    **Defendant.**

Case No. 2:18-cv-328

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

The parties are **ORDERED** to file a joint status report regarding the status of this case by November 1, 2021.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**